IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-357-4-BR
No. 5:16-CV-270-BR

| | | |
|---|---|---|
| STEPHON DEVON SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the parties' supplemental briefs filed in response to the court's 27 August 2019 order. (DE ## 207, 212.) Petitioner contends that his conviction on Count 2 should be vacated and that he should be resentenced on Count 1. (DE # 207; see also DE # 146.) In light of United States v. Davis, 139 S. Ct. 2319 (2019), the government agrees. (DE # 212, at 2.)

Petitioner's 28 U.S.C. § 2255 motion, (DE # 146), is ALLOWED. The judgment entered 9 May 2012 and petitioner's conviction on Count 2 are VACATED. Count 2 is DISMISSED. The government's motion to dismiss (DE # 166) is DENIED as MOOT. Resentencing on Count 1 is SET for 28 October 2019. The U.S. Probation Office is DIRECTED to file a memorandum setting forth any revisions to the Presentence Report, (DE # 91).

This 10 September 2019.

_____
W. Earl Britt
Senior U.S. District Judge